[Nos. 11936-0-III; 11937-8-III. Division Three. February 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP LOPEZ, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 91-1-00410-3, 91-1-00564-9, Thomas E. Merryman, J., entered September 27, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11110-5-III. Division Three. February 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER C. KIMBLE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00914-4, Robert N. Hackett, Jr., J., entered September 13, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11997-1-III. Division Three. February 9, 1993.]

JOE DEYOZ YBARRA, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 91-2-00158-4, Jerry M. Moberg, J., entered October 16, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.